**United States District Court**

**Southern District of Ohio**

85 Marconi Boulevard

Columbus 43215

Chambers of

James L. Graham

District Judge

July 31, 2006

The Honorable Ortrie D. Smith
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Dear Judge Smith:

Attached hereto are three (3) copies of my amended 2005 Form AO-10.  This amended submission, as you are aware, is the result of a letter I received from your Committee dated June 30, 2006.  That letter (copy attached) indicated it was necessary for me to add clarification to Part VII, page 5, lines 26 and 27.  Both of these bonds were purchased during 2005.  I have corrected that oversight on the amended Form AO-10.

I apologize for the oversight and any inconvenience this may have caused you and the Committee.



Judge

JLG:wks
Enclosures

RECEIVED 2006 AUG -7 A 10: 57
FINANCIAL DISCLOSURE OFFICE

AMENDED

## FINANCIAL DISCLOSURE REPORT
### FOR CALENDAR YEAR 2005

AO 10
Rev. 1/2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Graham, James L | U.S. District Judge , SD/OH | 07/28/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 169 Joseph P. Keinnery U.S, CH 85 Marconi Boulevard Columbus, Ohio 43215 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 AUG -7 A 10: 51 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 07/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 07/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. National City Mortgage Co. Columbus, Ohio | Mortgage on Rental Property - Item 2 - Part VII | L |
| 2. Farm Credit Services of Mid-America, ACA - Louisville, KY | Mortgage on Farm Land - owned by ████ Partnership - Item 3 - Part VII | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 07/28/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apartment Buildings-Gahanna, OH Acq.-04/05/02 Cost $416,450 | E | Rent | O | R | | | | | |
| 2. Rental ome-Dublin,OH-Acq-01/05/00 Cost $255,180 | B | Rent | N | R | | | | | |
| 3. ████ Partnership - Farm Land | D | Rent | O | Q | | | | | |
| 4. The Huntington National Bank - Checking & Savings Accounts | A | Interest | J | T | | | | | |
| 5. Godl and Silver Coins | | None | K | T | | | | | |
| 6. Assets held in Merrill Lynch Brokerage Account # 1: | | | | | | | | | |
| 7. Merrill Lynch Bank-Money Market Fund | C | Interest | L | T | | | | | |
| 8. First Federal Bank of California -Certificate of Deposit | C | Interest | L | T | Buy | 01/10 | L | | |
| 9. Managed Muny Portfolio, Inc.-Closed End Fund | C | Dividend | L | T | | | | | |
| 10. Southwest Loc.Sch.Dist.Oh.Ham.Cty. - 4.1% Due 12/01/05 | B | Interest | | | Redemption | 12/01 | K | | |
| 11. Lorain Ohio Swr Sys - 5.1% Due 04/01/06 | B | Interest | K | T | | | | | |
| 12. Ohio St. Hwy Cap Impt - 4.25% Due 05/01/06 | A | Interest | K | T | | | | | |
| 13. Franklin Cty,OH Riverside Meth Hosp - 5.6% Due 05/15/06 | C | Interest | L | T | | | | | |
| 14. Ohio HSG Res Mtg Rev - 4.9% Due 09/01/06 | B | Interest | K | T | | | | | |
| 15. Ohio HSG Res Mtg REv - 3.45% Due 09/01/06 | B | Interest | K | T | | | | | |
| 16. Ohio HSG Mtg Rev Sec C - 4.7% Due 09/01/06 | B | Interest | K | T | | | | | |
| 17. Ohio HSG Res Res Mtg GNMA - 5.55% Due 09/01/07 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 07/28/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Ohio St WTR DEV Auth - 5.25% Due 06/01/11 | C | Interest | L | T | | | | | |
| 19. Portage Cty OH MBIA - 5.25% Due 12/01/17 | C | Interest | K | T | | | | | |
| 20. Ohio St Bldg Auth Adult Corr - 5.25% Due 10/01/18 | B | Interest | K | T | | | | | |
| 21. Ohio ST PUB FCS CMM Higher ED - 5% Due 05/01/05 | A | Interest | | | Redemption | 05/01 | K | | |
| 22. Cleveland OH City SD Impr - 6% Due 12/01/06 | B | Interest | K | T | | | | | |
| 23. Capital One Bank CD - 2.1% Due 06/22/05 | A | Interest | | | Redemption | 06/22 | L | | |
| 24. Toledo OH CAP IMPR BD - 4% Due 12/01/18 | B | Interest | K | T | | | | | |
| 25. Newark OH WTR SYS IMPT - 6.25% Due 12/01/07 | B | Interest | L | T | | | | | |
| 26. Ohio ST Mental Hlth Cap -5.25% Due 12/01/06 | D | Interest | M | T | Buy | 07/05 | | | |
| 27. Olentangy Local SD 3.25% Due 12/01/08 | B | Interest | L | T | Buy | 03/14 | | | |
| 28. Assets held by Merrill Lynch in IRA # 1: | | | | | | | | | |
| 29. Merrill Lynch Bank USA Money Market Fund | A | Dividend | J | T | | | | | |
| 30. Astropower, Inc. | | None | | T | | | | | |
| 31. Ballard Power Systems, Inc. | | None | J | T | | | | | |
| 32. Capstone Turbine Corp. | | None | J | T | | | | | |
| 33. Electrosource, Inc. | | None | J | T | | | | | |
| 34. Energy Conversion Device | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 07/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Plug Power, Inc. | | None | J | T | | | | | |
| 36. Red Hat, Inc. | | None | J | T | | | | | |
| 37. VA Software Corp. | | None | J | T | | | | | |
| 38. NASDAQ 100 Mutual Fund | A | Dividend | J | T | | | | | |
| 39. First Bank USA CD - Due 03/01/05 | B | Interest | | | Redemption | 03/01 | K | | |
| 40. Daimler Chryler NA Note - Due 05/15/05 | B | Interest | | | Redemption | 05/15 | L | | |
| 41. G.M. Accept Corp Note - Due 11/15/05 | B | Interest | | | Redemption | 11/15 | K | | |
| 42. Capital One F.S.B. CD - Due 05/30/06 | A | Interest | K | T | | | | | |
| 43. MBNA Bank of P.R. CD - Due 05/30/06 | A | Interest | K | T | | | | | |
| 44. G.M. Accept Corp Note - Due 01/15/05 | A | Interest | | | Redemption | 01/15 | K | | |
| 45. Ford Motor Credit Note - Due 02/22/05 | A | Interest | | | Redemption | 02/22 | K | | |
| 46. Ford Motor Credit Note - Due 06/20/06 | B | Interest | K | T | | | | | |
| 47. G.M. Accept Corp Note - Due 06/15/06 | B | Interest | K | T | | | | | |
| 48. G.M. Accept Corp - Due 09/15/09 | B | Interest | K | T | | | | | |
| 49. Ford Motor Credit Corp - Due 09/21/09 | B | Interest | K | | | | | | |
| 50. Federal Natl Mtg Assoc - Due 12/30/09 | B | Interest | K | T | Buy | 01/13 | K | | |
| 51. Federal Natl Mtg Assoc - Due 03/24/11 | C | Interest | L | T | Buy | 03/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 07/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Fed Bk Calif -CD - Due 01/18/06 | B | Interest | K | T | Buy | 01/10 | K | | |
| 53. Compass Bank - CD - Due 03/08/06 | B | Interest | K | T | Buy | 11/28 | K | | |
| 54. Cole Taylor Bank - CD - Due 03/23/06 | B | Interest | L | T | Buy | 03/14 | L | | |
| 55. Premier Bank PR - CD - Due 07/13/07 | B | Interest | K | T | Buy | 07/05 | K | | |
| 56. Flagstar Bank, FSB - CD - Due 07/13/07 | B | Interest | K | T | Buy | 07/05 | K | | |
| 57. Assets held by Merrill Lynch in IRA # 2: | | | | | | | | | |
| 58. Merrill Lynch Bank USA Monet Market Fund | A | Interest | J | T | | | | | |
| 59. Lehman Brothers Bank FSB CD - Due 06/21/05 | A | Interest | | | Redemption | 06/21 | K | | |
| 60. Medallion Bank- CD - Due 07/14/06 | A | Interest | K | T | Buy | 07/06 | K | | |
| 61. Providian NB - CD - Due 07/16/07 | B | Interest | K | T | Buy | 07/06 | K | | |
| 62. Assets held in Merrill Lynch Brokerage Acct. # 2: | | | | | | | | | |
| 63. Merrill Lynch Bank USA Money Market Fund | A | Interest | J | T | | | | | |
| 64. Eaton Vance OH Tax Exempt Mutual Fund | B | Interest | K | T | | | | | |
| 65. Assets held by Fifth Third Securities, Inc. in IRA #3 Acct: | | | | | | | | | |
| 66. AIM Constellation Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 67. Assets held by Merrill Lynch in Brokerage Acct # 3: | | | | | | | | | |
| 68. Merrill Lynch Bank USA Money Market Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | ● =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 07/28/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, , merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Notes Receivable - Benevolent Landlord | B | Interest | K | T | | | | | |
| 70. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 07/28/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 1, Line 3: The date of the appraisal was June 30, 1992 with a valuation date of December 22, 1991.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date ✓ 2-31-06

NOTE: A[...] FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CR[...]

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005



Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Graham, James L | 2. Court or Organization  U.S. District Judge , SD/OH | 3. Date of Report  05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  169 Joseph P. Keinnery U.S, CH  85 Marconi Boulevard  Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. National City Mortgage Co. Columbus, Ohio | Mortgage on Rental Property - Item 2 - Part VII | L |
| 2. Farm Credit Services of Mid-America, ACA - Louisville, KY | Mortgage on Farm Land - owned by ▓▓▓▓ Partnership - Item 3 - Part VII | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Apartment Buildings-Gahanna, OH Acq.-04/05/02 Cost $416,450 | E | Rent | O | R | | | | | |
| 2. Rental ome-Dublin,OH-Acq-01/05/00 Cost $255,180 | B | Rent | N | R | | | | | |
| 3. ▇▇▇▇ Partnership - Farm Land | D | Rent | O | Q | | | | | |
| 4. The Huntington National Bank - Checking & Savings Accounts | A | Interest | J | T | | | | | |
| 5. Godl and Silver Coins | | None | K | T | | | | | |
| 6. Assets held in Merrill Lynch Brokerage Account # 1: | | | | | | | | | |
| 7. Merrill Lynch Bank-Money Market Fund | C | Interest | L | T | | | | | |
| 8. First Federal Bank of California -Certificate of Deposit | C | Interest | L | T | Buy | 01/10 | L | | |
| 9. Managed Muny Portfolio, Inc.-Closed End Fund | C | Dividend | L | T | | | | | |
| 10. Southwest Loc.Sch.Dist.Oh.Ham.Cty. - 4.1% Due 12/01/05 | B | Interest | | | Redemption | 12/01 | K | | |
| 11. Lorain Ohio Swr Sys - 5.1% Due 04/01/06 | B | Interest | K | T | | | | | |
| 12. Ohio St. Hwy Cap Impt - 4.25% Due 05/01/06 | A | Interest | K | T | | | | | |
| 13. Franklin Cty,OH Riverside Meth Hosp - 5.6% Due 05/15/06 | C | Interest | L | T | | | | | |
| 14. Ohio HSG Res Mtg Rev - 4.9% Due 09/01/06 | B | Interest | K | T | | | | | |
| 15. Ohio HSG Res Mtg REv - 3.45% Due 09/01/06 | B | Interest | K | T | | | | | |
| 16. Ohio HSG Mtg Rev Sec C - 4.7% Due 09/01/06 | B | Interest | K | T | | | | | |
| 17. Ohio HSG Res Res Mtg GNMA - 5.55% Due 09/01/07 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ohio St WTR DEV Auth - 5.25% Due 06/01/11 | C | Interest | L | T | | | | | |
| 19. Portage Cty OH MBIA - 5.25% Due 12/01/17 | C | Interest | K | T | | | | | |
| 20. Ohio St Bldg Auth Adult Corr - 5.25% Due 10/01/18 | B | Interest | K | T | | | | | |
| 21. Ohio ST PUB FCS CMM Higher ED - 5% Due 05/01/05 | A | Interest | | | Redemption | 05/01 | K | | |
| 22. Cleveland OH City SD Impr - 6% Due 12/01/06 | B | Interest | K | T | | | | | |
| 23. Capital One Bank CD - 2.1% Due 06/22/05 | A | Interest | | | Redemption | 06/22 | L | | |
| 24. Toledo OH CAP IMPR BD - 4% Due 12/01/18 | B | Interest | K | T | | | | | |
| 25. Newark OH WTR SYS IMPT - 6.25% Due 12/01/07 | B | Interest | L | T | | | | | |
| 26. Ohio ST Mental Hlth Cap -5.25% Due 12/01/06 | D | Interest | M | T | | | | | |
| 27. Olentangy Local SD 3.25% Due 12/01/08 | B | Interest | L | T | | | | | |
| 28. Assets held by Merrill Lynch in IRA # 1: | | | | | | | | | |
| 29. Merrill Lynch Bank USA Money Market Fund | A | Dividend | J | T | | | | | |
| 30. Astropower, Inc. | | None | | T | | | | | |
| 31. Ballard Power Systems, Inc. | | None | J | T | | | | | |
| 32. Capstone Turbine Corp. | | None | J | T | | | | | |
| 33. Electrosource, Inc. | | None | J | T | | | | | |
| 34. Energy Conversion Device | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Plug Power, Inc. | | None | J | T | | | | | |
| 36. Red Hat, Inc. | | None | J | T | | | | | |
| 37. VA Softeware Corp. | | None | J | T | | | | | |
| 38. NASDAQ 100 Mutual Fund | A | Dividend | J | T | | | | | |
| 39. First Bank USA CD - Due 03/01/05 | B | Interest | | | Redemption | 03/01 | K | | |
| 40. Daimler Chryler NA Note - Due 05/15/05 | B | Interest | | | Redemption | 05/15 | L | | |
| 41. G.M. Accept Corp Note - Due 11/15/05 | B | Interest | | | Redemption | 11/15 | K | | |
| 42. Capital One F.S.B. CD - Due 05/30/06 | A | Interest | K | T | | | | | |
| 43. MBNA Bank of P.R. CD - Due 05/30/06 | A | Interest | K | T | | | | | |
| 44. G.M. Accept Corp Note - Due 01/15/05 | A | Interest | | | Redemption | 01/15 | K | | |
| 45. Ford Motor Credit Note - Due 02/22/05 | A | Interest | | | Redemption | 02/22 | K | | |
| 46. Ford Motor Credit Note - Due 06/20/06 | B | Interest | K | T | | | | | |
| 47. G.M. Accept Corp Note - Due 06/15/06 | B | Interest | K | T | | | | | |
| 48. G.M. Accept Corp - Due 09/15/09 | B | Interest | K | T | | | | | |
| 49. Ford Motor Credit Corp - Due 09/21/09 | B | Interest | K | | | | | | |
| 50. Federal Natl Mtg Assoc - Due 12/30/09 | B | Interest | K | T | Buy | 01/13 | K | | |
| 51. Federal Natl Mtg Assoc - Due 03/24/11 | C | Interest | L | T | Buy | 03/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Fed Bk Calif -CD - Due 01/18/06 | B | Interest | K | T | Buy | 01/10 | K | | |
| 53. Compass Bank - CD - Due 03/08/06 | B | Interest | K | T | Buy | 11/28 | K | | |
| 54. Cole Taylor Bank - CD - Due 03/23/06 | B | Interest | L | T | Buy | 03/14 | L | | |
| 55. Premier Bank PR - CD - Due 07/13/07 | B | Interest | K | T | Buy | 07/05 | K | | |
| 56. Flagstar Bank, FSB - CD - Due 07/13/07 | B | Interest | K | T | Buy | 07/05 | K | | |
| 57. Assets held by Merrill Lynch in IRA # 2: | | | | | | | | | |
| 58. Merrill Lynch Bank USA Monet Market Fund | A | Interest | J | T | | | | | |
| 59. Lehman Brothers Bank FSB CD - Due 06/21/05 | A | Interest | | | Redemption | 06/21 | K | | |
| 60. Medallion Bank- CD - Due 07/14/06 | A | Interest | K | T | Buy | 07/06 | K | | |
| 61. Providian NB - CD - Due 07/16/07 | B | Interest | K | T | Buy | 07/06 | K | | |
| 62. Assets held in Merrill Lynch Brokerage Acct. # 2: | | | | | | | | | |
| 63. Merrill Lynch Bank USA Money Market Fund | A | Interest | J | T | | | | | |
| 64. Eaton Vance OH Tax Exempt Mutual Fund | B | Interest | K | T | | | | | |
| 65. Assets held by Fifth Third Securities, Inc. in IRA #3 Acct: | | | | | | | | | |
| 66. AIM Constellation Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 67. Assets held by Merrill Lynch in Brokerage Acct # 3: | | | | | | | | | |
| 68. Merrill Lynch Bank USA Money Market Fund | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Notes Receivable - Benevolent Landlord | B | Interest | K | T | | | | | |
| 70. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 1, Line 3: The date of the appraisal was June 30, 1992 with a valuation date of December 22, 1991.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date 5-12-06

NOTE: ANY [ ... ] ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMI[ ... ]

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544